UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**Paul Chapman**

    v.                          Case No. 03-cv-480-PB

**Anthem Health Plans of NH**


ORDER

    Re:  **Document No. 58, Motion for Date Certain and to Enlarge Filing Time**

    **Ruling:**  I cannot guarantee that this case will be reached for trial at a specific date in November as I have many criminal cases on the list for trial at that time.  I will continue the case to a later trial period if the parties can agree on a trial date that is acceptable to the clerk.

                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        District Judge

Date:  October 3, 2005

cc:  Scott Harris, Esq.
     Peter Thompson, Esq.
     Donald Whittum, Esq.