```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Paul Chapman</u>

    v.                          Civil No. 03-cv-480-PB

<u>Anthem Health Plans of New Hampshire, Inc., et al</u>

<u>ORDER</u>

    Re: Document No. 60, Assented to Motion to Continue Trial and Trial Conference

    Ruling: The parties shall specify the trial period when they would like to have the case tried. I am unable to try the case other than during a regular trial period.

                                         <u>/s/ Paul Barbadoro</u>
                                         Paul Barbadoro
                                         U.S. District Judge

Date:  October 17, 2005

cc:  Donald Whittum, Esq.
     Peter Thompson, Esq.
     Scott Harris, Esq.