```
             UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Paul Chapman**

    **v.**                                                                   Case No. 03-cv-480-PB

**Anthem Health Plans of
New Hampshire, Inc. and
Matthew Thornton Health Plan**


### O R D E R

On or before June 15, 2006, defendants shall file a motion for partial summary judgment addressing its contention that plaintiff's recovery should be limited to the cost of the IDET procedure.

Plaintiff's objection to defendants' motion for partial summary judgment shall be filed on or before July 6, 2006. Defendants' reply to plaintiff's objection, if any, shall be filed on or before July 20, 2006.

The case shall be removed from the June trial list and rescheduled for the two-week trial period beginning October 3, 2006.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

May 25, 2006

```
cc:   Donald F. Whittum, Esq.
      Peter L. Thompson, Esq.
      Scott H. Harris, Esq.
      Cathryn E. Vaughn, Esq.
```