UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Paul Chapman</u>

          v.                                Civil No. 03-cv-480-PB

<u>Anthem Health Plans of New Hampshire, et al</u>


O R D E R


The case shall be taken off the trial list and reset after ruling on the pending motion for summary judgment.

SO ORDERED.


August 31, 2006                               /s/ Paul Barbadoro
                                                     Paul Barbadoro
                                                     United States District Judge


cc:     Donald Whittum, Esq.
          Peter Thompson, Esq.
          Scott Harris, Esq.
          Cathryn Vaughn, Esq.